UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN BUSHWAY, et al.,

        Plaintiffs,

                                                      CASE NO. 14-CV-11417
v.                                            HONORABLE GEORGE CARAM STEEH

THE AUTO CLUB GROUP, et al.,

        Defendants.
_____/

**OPINION AND ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
COUNT II AND TO DENY CLASS CERTIFICATION (Doc. 24)**

      Defendants filed a motion to dismiss Count II of the Complaint and to deny class certification (Doc. 24). For the reasons stated in the court's order granting defendants' motion to dismiss Count II and to deny class certification entered this same date in the companion case of 13-12716, *Monteleone v. The AutoClub Group*, defendants' motion is GRANTED. Because the sole basis for this court's subject matter jurisdiction was the Class Action Fairness Act, plaintiffs are ORDERED TO SHOW CAUSE in writing on or before January 29, 2015, in a brief of no more than ten pages, why this case should not be dismissed for lack of jurisdiction. Defendants may file response of no more than ten pages within twenty-one days after service of the plaintiffs' response to the show cause order. Plaintiffs may file a reply of no more than five pages within fourteen days after service of the response.

      **IT IS SO ORDERED**.

Dated: January 5, 2015

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 5, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk